■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL JOHNSON, Appellant. [687 NYS2d 905] —Appeal by defendant from a judgment of the Supreme Court, Queens County (Blumenfeld, J.), rendered October 22, 1997, convicting him of assault in the second degree, after a nonjury trial, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY L. JOHNSON, Appellant. [691 NYS2d 65] —Appeal by the defendant from a judgment of the County Court, Dutchess

County (Marlow, J.), rendered March 17, 1998, convicting him of attempted rape in the first degree and assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his constitutional right to a speedy trial was not violated by the approximately eight-month delay in setting a trial date, since the delay was primarily caused by the defense counsel's illness (*see, People v Taranovich,* 37 NY2d 442; *People v Woodard,* 234 AD2d 613). Mangano, P. J., Santucci, Krausman and Feuerstein, JJ., concur.